UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-61285-CIV-SCOLA/SNOW

DAVID SVETLICK, JOHN LOVELESS, et al.   )
                                        )
    Plaintiffs,                          )
                                        )
vs.                                     )
                                        )
PR LOCAL ELECTRIC, INC., a Florida Corporation )
                                        )
    Defendant.                           )
_____/

## APPLICATION FOR DEFAULT

Plaintiffs, DAVID SVETLICK, *et al.*, (the "Trustees"), pursuant to Fed. R. Civ. Pro. 55(a), apply for entry of default against Defendant PR LOCAL ELECTRIC, INC., ("Defendant").  Defendant has failed to appear, plead to, or otherwise defend the Complaint within the time required by the Federal Rules of Civil Procedure.  The Complaint was served on Defendant on June 12, 2018. See D.E. #5 (Return of Service Affidavit).

    Respectfully submitted,

**D. MARCUS BRASWELL, JR. (146160)**
**mbraswell@sugarmansusskind.com**
**SUGARMAN & SUSSKIND, P.A.**
100 Miracle Mile, Suite 300
Coral Gables, Florida  33134
Tel.:   (305) 529-2801
Fax:   (305) 447-8115

**Attorneys for the Plaintiffs Trustees**

By:   /s/ D. Marcus Braswell, Jr. /s/
      D. MARCUS BRASWELL, JR.

## CERTIFICATE OF SERVICE

I certify that on July 31, 2018, I served the foregoing on all parties and/or counsel of record identified below via electronic mail.

By: /s/ D. Marcus Braswell, Jr.
D. MARCUS BRASWELL, JR.

## SERVICE LIST

Defendant

PIERRE B. LEBLANC, Registered Agent
151 Seabreeze Circle
Jupiter, FL  33477