United States District Court
for the
Southern District of Florida

| | |
|---|---|
| David Svetlick, as trustee, and others, Plaintiffs, <br><br> v. <br><br> PR Local Electric, Defendant. | Civil Action No. 18-61285-Civ-Scola |

### Order of Dismissal

On July 12, 2018, the Court ordered the Plaintiffs to submit a motion for the entry of a Clerk's default by July 23, 2018. The Plaintiffs were forewarned that, should they fail to timely seek a Clerk's default, the Court might dismiss this action for the Plaintiffs' failure to prosecute. That deadline has come and gone and the Plaintiffs have not responded.

A district court may dismiss a case, on its own initiative, if a plaintiff abandons its prosecution of the suit. *Compare* Fed. R. Civ. P. 41(b) *with Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Id.* The Court finds that the Plaintiffs here have abandoned their prosecution of this matter. The Court **dismisses** this case, albeit without prejudice, and directs the Clerk of the Court to **close** the matter. Any pending motions are **denied as moot**.

**Done and ordered** in chambers at Miami, Florida on July 31, 2018.

Robert N. Scola, Jr.
United States District Judge

*Copies via U.S. mail to:*
**PR Local Electric, Inc.**
c/o Pierre LeBlanc
151 Seabreeze Circle
Jupiter, FL 33477